UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXANDER RAMIREZ-GABRIEL,

      Petitioner,

v.                                    Case No.  2:26-cv-1191-JES-DNF

MARKWAYNE MULLIN, et al.,

      Respondents.

_____/

## ORDER

This matter came before the Court on May 15, 2026, for a hearing to allow counsel for federal respondents to show cause why they should not be sanctioned for failing to comply with the Court's Orders.  (Doc. 9).  Counsel filed a Response (Doc. 12) prior to the hearing and the Court heard argument from counsel. (Doc. 14).  After due consideration, the Court declines to impose sanctions at this time.  Having also heard from counsel that respondents have released Ramirez-Gabriel from custody, the parties agree that the Petition for Writ of Habeas Corpus (Doc. 1) may be dismissed.

Accordingly, it is **ORDERED**:

1.  The Court will take **no further action** on the Order and Notice to Respondents (Doc. 9) and the Court declines to impose sanctions at this time.

2.   The Petition for Writ of Habeas Corpus (Doc. 1) is **dismissed** without prejudice.

3.   The Clerk shall enter judgment and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on May 15, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE